IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS LASETER, #310968, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-550-ECM |
| ) | (WO) |
| CAPT. HARRIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On March 22, 2021, the Magistrate Judge entered a Recommendation (doc. 24) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the orders of this Court and to prosecute this case.

A separate Final Judgment will be entered.

Done this 15th day of April, 2021.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE